

# Fourth Court of Appeals
## San Antonio, Texas

September 21, 2021

No. 04-19-00772-CR

Carlos **ROMO**, Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2018-CRF-001456-D2
Honorable Monica Z. Notzon, Judge Presiding

# O R D E R

Sitting:      Rebeca C. Martinez, Chief Justice
                  Patricia O. Alvarez, Justice (dissenting)
                  Luz Elena D. Chapa, Justice (dissenting)
                  Irene Rios, Justice (dissenting)
                  Beth Watkins, Justice
                  Liza A. Rodriguez, Justice
                  Lori I. Valenzuela, Justice

The State's motion for en banc reconsideration is DENIED.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of September, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court